UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20628-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUCY SEGUROLA,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the February 3, 2012 Report and Recommendation entered by the Honorable Peter R. Palermo regarding the CJA Voucher submitted by Howard J. Schumacher, Court-appointed counsel for the Defendant, Lucy Segurola. The Court notes counsel that Howard J. Schumacher has filed a waiver of the fourteen (14) day objection period to the Report and Recommendation on the CJA Voucher. As any objections have been waived, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although any objections to the Report have been waived, the Court has conducted a de novo review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate's conclusion that Court-appointed counsel Howard J. Schumacher be paid $76,888.80 as fair and final compensation for his work in this case.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 1275] is hereby **ADOPTED** and **APPROVED**;

2. The Court hereby **AUTHORIZES** the Court-appointed counsel Howard J. Schumacher to receive the amount of $76,888.80 as fair and final compensation for his work in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 3rd day of February, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record